## Application Checklist

Case Number: __4:23-mj-781__                    ❏ *Check if emergency*

**Type of application**: *(check all that apply)*        x *Standard Form (specify):*  AO106A

|  |  |
|---|---|
| ❏ Criminal complaint<br>❏ Arrest warrant<br>X Search/seizure warrant *(indicate type of search)*:<br>    Phone search | ❏ Administrative inspection warrant<br>❏ Forfeiture<br>Other (specify): _____ |

All fields in warrants must be populated (*i.e.*, date; city and state; judge's name and title; date the warrant expires).

**Sworn to:**

❏ in person        X  by telephone: use form AO 106A (Application for a Warrant by telephone); and
                   supporting affidavit must indicate that it was sworn to telephonically

**Offense specified:** *(check all that apply)*

❏ Drugs            ❏ Fraud              ❏ Weapons              ❏ Immigration
X Sex offenses     ❏ Theft              ❏ Kidnapping           ❏ Tax
❏ Extortion/Racketeering  ❏ Fugitive/Escape/Supervised release    Computer crime
❏ Terrorism        ❏ Other (specify): _____

**Sealing request**              **Delayed notice request**

Duration:    ❏ 30 days    ❏ 90 days    180 days*    ❏ Other

*Note: no application will be sealed for more than 180 days without a statutory reference or compelling circumstance; proposed order must include the duration. **The Court will not sign any proposed orders that do not include the duration.**

Grounds:    ❏ endangering life or physical safety of individual    flight from prosecution
            evidence destruction/tampering                          ❏ witness intimidation
            otherwise seriously jeopardizing investigation or unduly delaying trial

Initial request    ❏ Previous extensions (# and date) _____

Has this application been previously submitted for consideration?    ❏ Yes    X No
   Date_____    Action Taken_____    Judge _____

---

Agent's name:  SA Brianna Reese                Phone#:  (703)722-4827

**I certify that the attached has been reviewed for compliance with Rules 3, 4, 4.1, and/or 41 of the Federal Rules of Criminal Procedure and that the standard approved form has not been changed.**

**AUSA Signature:** *s/ Sherri L. Zack*            **Phone#:** 713-806-4732
**Printed Name:**   Sherri L. Zack

Form 1 - Application Checklist
Approved 3/29/2019

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

United States Courts Southern
District of Texas
FILED

*April 20, 2023*

Nathan Ochsner, Clerk of Court

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
IN THE MATTER OF THE SEARCH OF A BLUE APPLE I-PHONE WITH CRACKS ON THE BACK OBTAINED FROM PRATER'S EMPLOYER

Case No. **4:23-mj-781**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A and the Affidavit in support of search warrant

located in the ____Southern____ District of ____Texas____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B and the Affidavit in support of search warrant

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 USC Sec 2251 | Sexual Exploitation of Children |
| Title 18 USC Sec 2252 | Certain Activities Relating to Material Involving the Sexual Exploitation of Minors |
| Title 18 USC Sec 2256 | Sexual Exploitation and Other Abuse of Children |
| Title 18 USC Sec 1591 | Sex Trafficking of Minors |

The application is based on these facts:

See the Affidavit in support of search warrant

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Brianna Reese*
Applicant's signature

SA Brianna Reese
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ____Telephone____ *(specify reliable electronic means)*.

Date: April 20, 2023

Judge's signature

City and state: Houston, Texas

Peter Bray, United States Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE SEARCH OF: )
Blue Apple I-Phone, with cracks on the back, )
Obtained from Prater's employer )
)

Case No. **4:23-mj-781**

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

Your Affiant, Brianna Reese, being duly sworn, deposes and says:

### Introduction and Agent Background

1. I make this affidavit in support of an application for a search warrant for a blue Apple I-Phone, with cracks on the back, obtained from Prater's employer, hereafter referred to as "the device", currently located at the FBI Field Office, 1 Justice Park Drive, Houston, Texas. As set forth herein, there is probable cause to believe that in the device there exists evidence of a crime, contraband, fruits of a crime, and other items illegally possessed in violation of Title 18, United States Code, Sections 2251, 2252A(a)2(B),5(B), (b)1, and 2, and 2256(2)(A), and 1591, which are further described in Attachment B.

2. I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since October 2022. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law. I am currently assigned to the FBI Houston Human Trafficking Task Force (HTTF) and investigate a variety of human trafficking matters to include Violent Crimes Against Children (VCAC). Prior to this assignment, I was a Special Agent of the United States Secret Service since 2019. I have been trained in the preparation, presentation, and service of criminal arrest and search warrants and have been involved in the investigation of

offenses against the United States to include violent crimes against children and human trafficking offenses.

## Facts and Circumstances

3. The statements in this affidavit are based upon my investigation, information provided to your Affiant by Special Agents and Task Force Officers (TFO) of the FBI, public source and business records, and my experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of a crime, contraband, fruits of a crime, and other items illegally possessed in violation of Title 18, United States Code, Sections 2251(a), 2252 A(a)2(B),5(B),(b)1,2, and 2256(2)(A), and 1591 are currently located in the device. The evidence of a crime, contraband, fruits of a crime, and other items illegally possessed in violation of the aforementioned statute include but are not limited to visual images depicting minors engaged in sexual activity.

## Statutory Authority

4. This investigation concerns alleged violations of Title 18, United States Code, Section 2251(a) which states:

Any person who-

Employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, shipped, or transported in or affecting interstate of foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any

means or facility of interstate of foreign commerce or in or affecting interstate of foreign commerce or mailed.

5. This investigation concerns alleged violations of Title 18, United States Code, 2252 A(a)2(B),5(B),(b)1, and 2, which states:

(a) Any person who-

(1) knowingly transports or ships using any means or facility of interstate or foreign commerce or in affecting interstate or foreign commerce by any means including by computer, or mails, any visual depiction, if-

    (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

    (B) such visual depiction is of such conduct;

(2) knowingly receives or distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if-

    (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

    (B) such visual depiction is of such conduct

6. This investigation concerns alleged violations of Title 18, United States Code, Section 2256(2)(A) defines "sexually explicit conduct" as actual or simulated--

    (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

    (ii) bestiality;

    (iii) masturbation;

    (iv) sadistic or masochistic abuse; or

    (v) lascivious exhibition of the anus, genitals, or pubic area of any person.

7. This investigation concerns alleged violations of Title 18, United States Code, Section 1591, which states:

Whoever knowingly—

(1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or

(2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or, except where the act constituting the violation of paragraph (1) is advertising, in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b).

## Background on Computers and Child Pornography

8. Computers and computer technology have revolutionized the way in which individuals interested in child pornography interact with each other. Child pornography formerly was produced using cameras and film (either still photography or movies). The photographs required darkroom facilities and a significant amount of skill in order to develop and reproduce the images. There were definable costs involved with the production of pornographic images. To distribute these on any scale required significant resources. The photographs themselves were somewhat bulky and required secure storage to prevent their exposure to the public. The distribution of these wares was accomplished through a combination of personal contacts, mailings, and telephone calls. Any reimbursement would follow these same paths.

9. The development of computers has changed this. Computers basically serve four functions in connection with child pornography: production, communication, distribution, and storage.

   People involved in child pornography can now transfer photographs from a camera onto a computer-readable format with a device known as a scanner. With the advent of digital cameras, the images can now be downloaded directly onto a computer. Individuals can also reproduce both still and moving images directly from a common video camera. The camera is attached, using a cable, directly to the computer using a device called a video capture board. This device turns the video output into a format that is usable by computer programs. The output of the video camera can be stored, manipulated, transferred, or printed directly from the computer.

10. The captured images are similar to photographs. The images can be printed, edited, lightened,

darkened, cropped, and manipulated in a wide variety of ways. As a result of this technology, it is relatively inexpensive and technically easy to produce, store, and distribute child pornography. There is an added benefit to the individual involved in child pornography in that this method of production does not leave as large a trail for law enforcement to follow as other methods.

11. Previously, as a general matter, a person involved in child pornography had to rely on personal contact, United States Mail, and telephonic communications in order to sell, trade, or market child pornography. The development of the computer has also changed that. A device known as a modem allows any computer to connect to another computer through the use of telephone, cable, or wireless connection. By connection to a host computer, electronic contact can be made to literally millions of computers around the world. A host computer is one that is attached to a dedicated network and serves many users. These host computers are sometimes commercial online services which allow subscribers to dial a local number and connect to a network, which is in turn connected to its host systems. Peer-to-peer software can be used to trade computer files, including digital images and pictures. The software allows users to download files that others, on the same peer-to-peer network, are sharing. Specific criteria can be used to sort through millions of shared files, somewhat anonymously, to download and/or trade images and/or videos of child pornography. This communication structure is ideal for the child pornography collector, possessor, or producer.

12. The open and anonymous communication allows the user to locate others of similar inclination and still maintain their anonymity. Once contact is established, it is possible to send messages and graphic images to a trusted person with similar interests. In addition to the use of large service providers, pornographers can use standard Internet connections, such as those provided by businesses, universities, and government agencies to communicate with each other and distribute pornography. These communication links allow contacts around the world in a relatively secure and anonymous format.

13. The computer's ability to store images in digital format makes the computer itself an ideal repository for pornography. A single CD can store thousands of images and pages of text. The size of the electronic storage media (commonly referred to as the hard drive) used in home computers has grown tremendously within the last years. Hard drives with a capacity of more than 500 gigabytes are common. These drives can store thousands of images at very high resolution. Magnetic storage located in host computers adds another dimension to the equation. It is possible

to use a video camera to capture an image, to process that image in a computer with a video capture board, and to save that image to a storage medium in another location. Once this is done, there is no readily apparent evidence at the scene of the crime. It is only with careful laboratory examination of electronic storage devices that it might be possible to recreate the evidence trail.

14. The ability to produce child pornography easily, reproduce it inexpensively, and market it anonymously (through electronic communications) has drastically changed the method of distribution of child pornography. This pornography can be electronically mailed to anyone with access to a computer and the means to access the Internet. With the proliferation of commercial services and chat services, the computer has become one, if not the preferred, method of distribution of pornographic materials.

15. A computerized depiction of child pornography is often stored and referred to as a GIF, short for Graphic Interchange Format, or a JPEG, short for Joint Photographic Experts Group. These image files often contain images or photographs that have been converted into a computer format by the use of a scanner. A single image may be recorded as a single computer file. However, a file may contain two or more images (sometimes more than 100), and these files are often referred to as ZIP files, referring to their compressed archive format. Another type of file is called an MPEG, short for Moving Picture Experts Group. An MPEG is a file containing a movie or video clip.

16. An Internet Protocol (IP) address is a unique number that devices such as computers, routers, internet fax machines, printers, etc. use in order to identify and communicate with each other over a network. Each device must have its own unique IP address. An IP address can be thought of like a street address. Just as a street address identifies a particular building an IP address identifies a particular computer or network device. When a user logs on to his/her Internet Service Provider (ISP) they are assigned an IP address for the purpose of communication over the network. ISPs keep records of who IP addresses are assigned to by date and time. When served with a subpoena ISPs can provide the computer account associated with a designated IP address at a particular date and time.

## Social Networking Sites

17. "Social networking" or "social network service" is a term used to describe applications or websites which focus on establishing networks or relationships among individual users based on interests or activities. These services typically consist of a personal online representation of an individual, often referred to as a profile, a list of other individuals with which a person has

interests are allowed to view their profile, and a variety of other capabilities, such as the upload and sharing of images and videos. Newer capabilities allow access to the social networks via mobile devices such as cellular telephones and the upload of real-time information to an individual's profile. Most, if not all, of the social networks are accessible via the Internet and allow a member to contact other members via electronic mail (e-mail), instant messaging, or comments placed directly to a member's profile. Normally, information posted by individuals to their own or another individual's profiles are not vetted for accuracy or content.

### Characteristics of an Individual with Sexual Interest in Children

18. My training, experience, and discussions with other investigators who have investigated child pornography and the exploitation of children for many years, have taught me that persons who have a sexual interest in children and/or who produce, trade, distribute, or possess depictions of minors engaged in sexually explicit conduct generally exhibit the following characteristics:

a. These people view children as sexual objects and receive gratification from sexually explicit images of minors.

b. These people collect sexually explicit images of minors that they use for their own sexual gratification and fantasy. The majority of these individuals also collect child erotica, which may consist of images or text that do not rise to the level of child pornography, but which nonetheless fuel these individuals' deviant sexual fantasies involving children.

c. My training, experience, and discussions with other investigators have further taught me that these people tend to keep their images for periods exceeding several years. They keep these sexually explicit images of minors for such long periods of time because the images are treated as prized possessions. They store such images in different formats including photos, printouts, magazines, videotapes, and digital media formats such as hard drives, diskettes, and CDs. In addition, they store such images in different places, including their home, their office, their car, and other areas under their control.

d. These people use sexually explicit images of minors as a means of reliving fantasies or actual sexual encounters. They also use the images as keepsakes and as a means of gaining acceptance, status, trust, and psychological support by exchanging, trading, or selling the images to other people with similar interests either in person or via the Internet. The different Internet-based vehicles used by such individuals to communicate with each other include, but are not limited to, e-mail, e-mail groups, bulletin boards, Internet Relay Chat, newsgroups, instant messaging, and

other similar vehicles.

e. These people go to great lengths to conceal and protect from discovery their collection of sexually explicit images of minors. They may have passwords used to access programs or control encryption written down either in the vicinity of their computer or on their person (for instance, in their wallet or an address book).

19. These people maintain images of minors with whom they have had sexual contact. If a picture of a minor is taken by such a person depicting the minor in the nude, there is a high probability that the minor was used to produce sexually explicit images to be traded with people with similar interests.

### Dynamics of Domestic Sex Trafficking

20. Based on my training, and the knowledge, experience, and training of other law enforcement officers, with whom I have consulted, I know that individuals that engage in criminal activities, such as prostitution, child prostitution, and child sex trafficking, often utilize cellular phones. The phones are regularly used to maintain constant contact with co-conspirators and victims; verify victim's locations through geographic location telephone applications; restrict victim's communications; and communicate with customers. Often computers, cellular phones, hard drives, and cameras are used in association with both social and illegal business activities. Items that can be found in these locations or on these devices include, but are not limited to contact lists, records of purchases, lists of clients or "johns", session sheets, time cards, "trick" books, photographs, advertisements, lists of debts owed, list of work required, employment applications, financial records, proof of travel, payments and wire transfers. Traffickers often maintain names and contact information of victims and co-conspirators, records and receipts of their fraudulent activities, emails and letters, records and calendars relating to when and where they participated in fraudulent activities, and records, lists, and receipts of money and items fraudulently received.

21. Based on your Affiant's knowledge and experience, you Affiant knows that smartphone cellular telephones and/or computers are essential tools for facilitating commercial sex activities. Many cellular telephones not only have camera features, which allow the phone to take photographs, they also have the capability of uploading the photographs to internet websites such, where advertisements can be posted offering sexual or "escort" type services. There are numerous known and unknown websites featuring classified advertisements for sexual services. In order for individuals to post these ads, an email address is often required. Often these ads include the online

posting of photographs of victims in sexually explicit posts wearing provocative clothing.

22. In addition to being utilized for posting advertisements, cellular telephones belonging to sex traffickers and their victims often contain information ranging from contact names and phone numbers, to text messages, emails, login information, GPS location data, photos and notes pertaining to criminal activities associated with their prostitution business. Your Affiant knows that perpetrators of sex trafficking crimes frequently have more than one cellular telephone to conduct these activities, and frequently dispose of their phones and acquire new ones, in an effort to thwart and evade law enforcement.

23. Cellular telephones are used to connect to the internet in order to frequent social networking sites to search for, meet, groom and recruit victims sex trafficking. Sex traffickers often maintain profiles on these accounts to bolster their image in the eyes of victims and other sex traffickers.

24. A person who commits, or attempts to commit acts of sex trafficking, benefits financially when they recruit or harbor women and/or children less than 18 years of age, and manipulate, coerce, and/or force both the children and adult women to engage in commercial sex acts/ prostitution for money. Individuals who engage in the prostitution and sex trafficking of others, often use violence, drugs/alcohol, and manipulation, to maintain control of their trafficking victims. Physical violence, along with intermittent acts of kindness, are used to increase the victim's emotional and physical dependence on the provider. The persons who commit these sex trafficking offenses are often referred to as "PIMPS". PIMPS universally have rules and forms of discipline that are used to maintain order and compliance.

## Facts Supporting Probable Cause

25. Your affiant learned the following information by speaking with Houston Police Department (HPD) Detective Jose Rosas, Human Trafficking Division, as well as reviewing all the associated offense reports. On November 29, 2022, MV1[1] (Minor Victim #1), date of birth 8/11/2009, currently thirteen years of age, was reported missing to HPD. On December 8, 2022, HPD recovered MV1 from 9600 Plainfield Street, Houston, Texas 77036. This location is commonly referred to as "The Blade" and is a known prostitution area in Houston, Texas. Upon recovery, MV1 was taken to Texas Children's Hospital for a SANE exam.

---

[1] MV1's identity is known to law enforcement but is not being disclosed since MV1 is a minor.

26. MV1 provided the following information to HPD Detective Rosas. MV1 was walking the blade because it was "easy money". MV1's friend (First Name Unknown, Last Name Unknown) told MV1 about the blade and educated MV1 on what to do while walking it. MV1 was coached both face to face and over the phone. MV1 has been to the blade three times and has been on four dates with "johns" and engaged in oral sex with them. MV1 usually charges the "johns" $150 in exchange for oral sex. A "john" is a slang term that is used to refer to a prostitute's client or a solicitor of sex.

27. In a consensual review of the contents of MV1's cell phone, Detective Rosas reviewed text messages sent to MV1 from a contact saved as "Daddy (king emoji)" with phone number 832-310-0760. The following text messages were sent at 6:43 PM on December 8, 2022. The text messages stated, "just tell them u a runaway" and "U by yourself and delete our message". MV1 was stopped by HPD at approximately 6:39 PM on December 8, 2022. MV1 initially stated that "Daddy" was her fifteen-year-old boyfriend named (Jordan Last Name Unknown) and that the reason why MV1 deleted the previous text messages with him was because MV1 "sends him nudes" and because "they fuck". Daddy is a common term that victims are required to call their pimp.

28. Based upon research into phone number 832-310-0760, "Daddy" was identified by law enforcement as Treyveon Prater (Date of Birth 11/16/1998). Phone number 832-310-0760 is the same phone number that Prater gave to HPD in August of 2022 in a burglary report where he is listed as the complainant. Prater was also logged into MV1's iPhone's iCloud account under his true name, Treyveon Prater. The iPhone was also listed as "Treyveon's iPhone". However, the contact information associated to the iPhone was listed under "Cupcake". Cupcake is the name that MV1 initially gave to the HPD patrol officer when he first approached MV1.

29. Within the Snapchat application on MV1's phone, a thread of saved Snapchat messages were observed by Detective Rosas between Snapchat user "troy_pomp" (identified by law enforcement as Prater's snapchat account) and MV1's snapchat account "kashbaby.nisss" which she was already logged into. Several messages show Prater coaching MV1 on how to be good prostitute. Messages include the following: "make sure you use the condom and send me the hotel when you get there", "ima show u how to double yo money so by the time u 18/19 u got yo own crib got your own car", "don't forget to handle that stuff for daddy", "okay good, when I pick u up we going straight to the mall to get u a hoe outfit and a jacket we going hard tn.", "This is an old

video I found but look at this pimp tryna talk to this hoe u see she keep tryna turn around. She never look at him (100 emoji) that's how u stay loyal to yo pimp."

30. On February 3, 2023, a federal search warrant was served to Snap Inc. for Prater's snapchat account records. Upon return of the federal search warrant from Snap Inc., the following additional Snapchat messages were identified and reviewed by your affiant.

   a. Chats to MV1 from Prater on November 21, 2022: "what website u was on mega? And u make content? Or just sell [unidentified emoji] so far." "gotta know where dem tricks at". *Trick is a slang term used for the activity of prostitution.*

   b. Chats to MV1 from Prater on November 23, 2022: "im knowing but u cant just start working we gotta sit down and I gotta explain to u was going on safety always first no matter what."

   c. Chats to MV1 from Prater on November 30, 2022: "ima lyk before I leave. So we work tn u off tomorrow cause I gotta go bowl then we working all weekend til Sunday. But today we get a couple outfits and wash all your clothes so tomorrow while im at work ima have u putting all yo stuff up neat we gone stay organized till we get a bigger crib w yo own room." "Everything just trust daddy we gone hustle get this money and get u right."

   d. Chats to MV1 from Prater on December 1, 2022: "Always use my king emoji." *Pimps often use the king emoji associated with their name.*

   e. Chats to MV1 from Prater from December 2, 2022: "When u get up take the dogs out for me, clean the room, roll u a blunt and chill." "I need u to find out what u gone wear tn."

31. In addition to the Snapchat messages, a video was found in the "recently deleted" album of MV1's iPhone. This video was taken on December 6, 2022. The video shows MV1 naked in a bathtub in which she appears to be disoriented and intoxicated. In this video, you can hear a male talking to MV1. This male's voice is consistent with Prater's voice in a second video recorded the following day. In the second video, MV1 is recording the video which shows Prater yelling at his dogs and addressing MV1 by MV1's true name. Your affiant showed a sanitized screenshot of this video to Isamar Hernandez, Assistant Manager of the Del Mar Apartments (located at 10909 Gulf Fwy, Houston, Texas 77034), where Prater resided prior to his arrest on March 27, 2023. Hernandez confirmed that video was taken in Prater's bathroom in his old apartment Unit #605. Hernandez

advised your affiant that Prater moved out of Unit #605 and into Unit #2704 on January 11, 2023. Hernandez provided photographs of Unit #605 taken the day Prater moved out which show the same blue shower curtain and tile floor seen in the video found on MVI's phone of MVI in the bathtub.

32. An open-source review of Prater's Instagram page showed multiple posts advertising that he is a pimp, such as the following:

    a. Video posted to Prater's Instagram account "treyveondadon" of Prater stating the following, "Yeah you know what's good for you hoe. You wanna fuck with a nigga with some motion. You wanna listen to a pimp with some instruction. Bitch that fee double hoe. I'm just letting you know. Cause I know you finna look at this story. Don't come up in my story. Don't come up in my dms talkin reckless. We take cash, Cash App, Zelle, Apple Pay, all that hoe. Yeah. That way. The fuck. I don't gotta beat my hoes. My hoes listen. They know what the fuck is going on. You listen or your fired. Its that simple. I don't need no bitch." This video was posted to Prater's Instagram story with the caption, "I'm not captain save a hoe IAN LETTING SHIT SLIDEE [king emoji] [star emoji]".

    b. Prater posted a picture of a female fanning out US currency holding a purse with the caption "trapstars only". The purse in this picture is the same purse MVI was wearing when she was recovered by HPD. An additional post shows a female with her face covered and bent over in front of Prater with a song attached titled, "I need a 304". "304" is a slang term for "a hoe". This picture is the same picture that MVI had saved in her Snapchat messages with Prater that he sent to MVI saying, "always use my king emoji".

## Conclusion

33. In consideration of the foregoing, I respectfully request that this court issue a search warrant for the device, authorizing a search for the items described in Attachment B and the seizure of such items for the purpose of searching and analyzing them.

*Brianna Reese*

Brianna Reese
Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically on this 20th day of April 2023, and I find probable cause.

_____
Honorable Peter Bray
United States Magistrate Judge

DENIED. There are no facts showing that the phone is connected to Prater.

Signed at Houston, Texas, on April 20, 2023.

*Peter Bray*
Peter Bray
United States Magistrate Judge

13

## ATTACHMENT A

### Item to be searched

A blue Apple I-Phone with cracks on the back, obtained from Prater's employer, currently located at the FBI Field Office, 1 Justice Park Drive, Houston, Texas.

## ATTACHMENT B

### Items to be seized

All information that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code, Title 18, United States Code, Sections 2251, 2252A(a)2(B),5(B), (b)1, and 2, and 2256(2)(A), and 1591, including:

1. Photographs, video, or audio data that portrays MV1, sexually explicit acts, child pornography, and nude or partially nude persons;
2. Subscriber Identity Module (SIM) card contents;
3. Any electronic files, digital images, video images, other visual depictions, text messages, and all call logs, used to communicate or transfer information via cellular telephone technology, to include:
   a. Connection and disconnection dates/times, and user names associated with connection;
   b. SMS/MMS message metadata and message contents;
   c. Call history metadata, such as incoming/outgoing call logs;
   d. Photographs and videos stored on the device;
   e. Phone book information, ie: contacts and calendars;
   f. Location and/or GPS data history associated with files found on the device;
   g. Deleted data, which includes SMS/MMS messages, photos, videos, call history, and emails;
   h. Data that may identify the owner or user of the device;
4. All stored communications or files, including voice mail, voice data transmissions, email metadata, email message contents, email attachments, digital images, contact lists (including telephone numbers, addresses, and email addresses), and any other files associated with the device;
5. All mobile applications used to communicate or transfer information via cellular telephone technology; and
6. Internet browser files including, but not limited to, browser history, browser cache, stored cookies, browser favorites.

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>IN THE MATTER OF THE SEARCH OF A BLUE<br>APPLE I-PHONE WITH CRACKS ON THE BACK<br>OBTAINED FROM PRATER'S EMPLOYER | Case No. **4:23-mj-781** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Southern____ District of ____Texas____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____May 3, 2023____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____any United States Magistrate Judge____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____     _____
                                              *Judge's signature*

City and state: Houston, Texas       Peter Bray, United States Magistrate Judge
                                              *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 4:23-mj-781 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||

Inventory of the property taken and name(s) of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title